UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BYRON V., | Case No. 26-CV-0099 (KMM/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| PAMELA BONDI, KRISTI NOEM, DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAREN K. MARGOLIN, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, and DAVID EASTERWOOD, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Byron V., ECF No. 1 ("Petition"), by no later than **January 13, 2026,** certifying the true cause and proper duration of Byron V.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Byron V.'s detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Byron V.'s claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

2

      d.      Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025).

3.      If Byron V. intends to file a reply to Respondents' answer, he must do so by no later than **January 16, 2026**.

**SO ORDERED.**

Dated: January 8, 2026

                                                    *s/Katherine M. Menendez*
                                                    Katherine M. Menendez
                                                    United States District Court Judge